HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
DYLAN ST.DENIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN ST. DENIS,<br><br>Defendant. | Case No.  16-mj-064 MJS<br><br>REQUEST FOR RULE 43 WAIVER FOR INITIAL APPEARANCE; ORDER<br><br>Date: August 31, 2016<br>Time: 10:00 am<br>Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Dylan St. Denis, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance.  Mr. St. Denis agrees that his interests shall be represented at all times by the presence of his attorney, Linda C. Allison from the Office of the Federal Defender for the Eastern District of California, the same as if Mr. St. Denis were personally present.  This Court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

Mr. St. Denis is charged with violating 36 CFR §1.6(g)(1), Engaging in an Activity Subject to a Permit and 36 CFR § 2.10(b)(10) Camping Outside a Designated Area.  Both offenses are petty offenses.

Mr. St. Denis is on active duty military.  He is currently stationed in Tucson, Arizona.  It would be a serious hardship for both financially and because of work for him to travel to

Yosemite.  Furthermore, it would be difficult for him to secure lodging in the area during this time as it is peak tourist season.

Dated:  August 25, 2016

                                HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ LINDA C. ALLISON*
                                LINDA C. ALLISON
                                Assistant Federal Defender
                                Attorney for Defendant
                                DYLAN ST.DENIS

    I consent to the above.

Dated: August 25,  2016                /s/ *Dylan St. Denis*
                                DYLAN ST. DENIS
                                Defendant

## ORDER

For good cause appearing, the Court grants the Defendant's request for waiver of his personal appearance at the initial appearance.

    IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   August 29, 2016                /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE