1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, #179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   linda.allison@fd.org
5
   Attorney for Defendant
6  DYLAN ST. DENIS

7
                     IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  Case No.  16-mj-064 MJS
                                       )
11  Plaintiff,                         )  REQUEST FOR RULE 43 WAIVER (VIDEO
                                       )  APPEARANCE) FOR PLEA AND
12  vs.                                )  SENTENCING; ORDER THEREON
                                       )
13  DYLAN FRANK ST. DENIS,             )
                                       )  Judge: Hon. Michael J. Seng
14  Defendant.                         )
                                       )
15  _____)

16         Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Dylan St. Denis, having been

17  advised of his right to be present at all stages of the proceedings, hereby requests that this Court

18  permit him to waive his right to personally appear for his change of plea and sentencing, and that

19  he be allowed to appear via video conference.  Mr. St. Denis agrees that his interests shall be

20  represented at all times by the presence of his attorney, the Office of the Federal Defender for the

21  Eastern District of California, the same as if Mr. St. Denis were personally present, and requests

22  that this Court allow his attorney to represent his interests at all times.  *The government has no*

23  *objection to Mr. St .Denis not being personally present.*   This Court has the discretion under

24  Rule 43(b)(2) to allow Mr. St. Denis to appear by video conference or to be absent from the

25  proceedings.

26         Mr. St. Denis is charged with one count of engaging in an activity subject to a permit

27  requirement, in violation of Title 36 Code of Federal Regulations § 1.6(g)(1) and one count of

28

Rule 43 Waiver                                   -1-                            *U.S. v Dylan St. Denis,*

1    camping outside a designated site or area, in violation of  Title 36 Code of Federal Regulations §

2    2.10 (b)(10).  On November 1, 2016, Mr. St. Denis will be entering a guilty plea to count I

3    pursuant to a plea agreement.  Count I charges him with engaging in activity subject to permit.

4    Pursuant to the agreement, the government will recommend that the remaining counts be

5    dismissed, that Mr. St. Denis pay a fine of $1,000 and that he be on one year of court probation.

6          Mr. St Denis is currently on reserve with the Air Force Reserves at Davis- Mothan in

7    Tuscon, Arizona.  Being that Mr. St. Denis lives in Phoenix, Arizona, it would be a serious

8    hardship for Mr. St. Denis to travel to Yosemite.  Given that he is on military duty, that he lives

9    out-of-state and that the case is a misdemeanor with a likely disposition of probation with a fine,

10   this Court should exercise its discretion under Rule 43.

11         Defense counsel has contacted the courtroom deputy who has indicated that a video

12   conference would only be allowed on a secured federal court network.  For this to happen, the

13   courtroom deputy would have to contact the federal court in Phoenix and find out who would

14   make those arrangements.   Mr. St. Denis would have to appear in federal court in Phoenix.

15         Accordingly, Mr. St. Denis respectfully requests the Court grant a waiver of his right and

16   obligation to be personally present and that he be permitted to appear via video conference.

17   Dated:  September 13, 2016

18                                              HEATHER E. WILLIAMS
                                               Federal Defender
19

20                                             */s/ LINDA C. ALLISON*
                                               LINDA C. ALLISON
21                                             Chief Assistant Federal Defender
                                               Attorney for Defendant
22                                             DYLAN ST DENIS

23

24         I consent to the above.

25

     Dated: September 13, 2016              /s/ Dylan St. Denis
26                                          _____
27                                          DYLAN ST. DENIS
                                            Defendant

28

     Rule 43 Waiver                        -2-                    *U.S. v Dylan St. Denis,*

1

2

3

**O R D E R**

4

      Good Cause Appearing, the above request for Defendant's waiver of personal appearance

5

and request to appear via video conference at the plea and sentencing hearing is granted by order

6

of the court.  Defendant's counsel shall make arrangements for Defendant to appear at a federal

7

facility capable of coordinating with the Eastern District of California, Yosemite Division Court

8

to arrange for the video conferencing.

9

10

IT IS SO ORDERED.

11

12

    Dated:   <u>September 19, 2016</u>      <u>/s/ *Michael J. Seng*</u>

13

                             UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28