HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorney for Defendant
DYLAN ST. DENIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  16-mj-064 MJS |
|---|---|
| Plaintiff, | REQUEST FOR RULE 43 WAIVER (VIDEO APPEARANCE) FOR PLEA AND SENTENCING; ORDER THEREON |
| vs. | |
| DYLAN FRANK ST. DENIS, | Judge: Hon. Michael J. Seng |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Dylan St. Denis, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his change of plea and sentencing, and that he be allowed to appear via video conference.  Mr. St. Denis agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Mr. St. Denis were personally present, and requests that this Court allow his attorney to represent his interests at all times.  *The government has no objection to Mr. St .Denis not being personally present.*   This Court has the discretion under Rule 43(b)(2) to allow Mr. St. Denis to appear by video conference or to be absent from the proceedings.

Mr. St. Denis is charged with one count of engaging in an activity subject to a permit requirement, in violation of Title 36 Code of Federal Regulations § 1.6(g)(1) and one count of

camping outside a designated site or area, in violation of Title 36 Code of Federal Regulations § 2.10 (b)(10).  On November 1, 2016, Mr. St. Denis will be entering a guilty plea to count I pursuant to a plea agreement.  Count I charges him with engaging in activity subject to permit.  Pursuant to the agreement, the government will recommend that the remaining counts be dismissed, that Mr. St. Denis pay a fine of $1,000 and that he be on one year of court probation.

Mr. St Denis is currently on reserve with the Air Force Reserves at Davis- Mothan in Tuscon, Arizona.  Being that Mr. St. Denis lives in Phoenix, Arizona, it would be a serious hardship for Mr. St. Denis to travel to Yosemite.  Given that he is on military duty, that he lives out-of-state and that the case is a misdemeanor with a likely disposition of probation with a fine, this Court should exercise its discretion under Rule 43.

Defense counsel has contacted the courtroom deputy who has indicated that a video conference would only be allowed on a secured federal court network.  For this to happen, the courtroom deputy would have to contact the federal court in Phoenix and find out who would make those arrangements.   Mr. St. Denis would have to appear in federal court in Phoenix.

Accordingly, Mr. St. Denis respectfully requests the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video conference.

Dated:  September 13, 2016

                        HEATHER E. WILLIAMS
                        Federal Defender

                        */s/ LINDA C. ALLISON*
                        LINDA C. ALLISON
                        Chief Assistant Federal Defender
                        Attorney for Defendant
                        DYLAN ST DENIS

I consent to the above.

Dated: September 13, 2016        /s/ Dylan St. Denis

                                    DYLAN ST. DENIS
                                    Defendant

**O R D E R**

Good Cause Appearing, Defendant's request in Case No. 16-mj-064 MJS to appear **by video conference,** rather than personally in Yosemite, at a plea and sentencing hearing is GRANTED provided that Defendant arrange for such video conferencing through a secure Court system.

IT IS SO ORDERED.

Dated:   October 11, 2016          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE