1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   DYLAN ST. DENIS

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 6:16-mj-00064-MJS
                                     )
12            Plaintiff,             )  **MOTION TO VACATE SEPTEMBER 26,**
                                     )  **2017 REVIEW HEARING; ORDER**
13  vs.                              )
                                     )
14  DYLAN ST. DENIS,                 )
                                     )
15            Defendant.             )
    _____ )
16

17        Defendant Dylan St. Denis hereby requests that the Court vacate the September 26, 2017

18  review hearing.  The Government is in agreement with the request.

19        On November 1, 2016, the Court sentenced Mr. St. Denis to twelve months of

20  unsupervised probation, with the conditions that he obey all laws and advise the Court and

21  Government within seven days of being cited or arrested for any alleged law violation.  In

22  addition, the Court ordered Mr. St. Denis to pay a fine of $1000.

23        Mr. St. Denis has paid the entirety of the fine and has had no new law violations.

24  Accordingly, Mr. St. Denis has complied with all conditions of his probation, and he hereby

25  requests that the September 26, 2017 review hearing be vacated.

26  //

27  //

28  //

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 21, 2017

/s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
DYLAN ST. DENIS

## O R D E R

Based on the parties' joint representation that Mr. St. Denis is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for September 26, 2017 at 10 a.m.

IT IS SO ORDERED.

Dated:   September 22, 2017        /s/ *Michael J. Long*
UNITED STATES MAGISTRATE JUDGE